**United States District Court**
For the Northern District of California

1

2                              UNITED STATES DISTRICT COURT

3                              NORTHERN DISTRICT OF CALIFORNIA

4

5   ABRAMS v. JDS UNIPHASE CORP.              Nos.       C-02-1517 CW
    SALEIK v. JDS UNIPHASE CORP.                         C-02-1561 CW
6   BROCKWELL v. JDS UNIPHASE CORP.                      C-02-1574       CW
    DOLZHANSKY v. JDS UNIPHASE CORP.                     C-02-1592 CW
7   RAYMOND v. JDS UNIPHASE CORP.                        C-02-1625 CW
    GRABAR v. JDS UNIPHASE CORP.                         C-02-1661 CW
8   ARMOUR v. JDS UNIPHASE CORP.                         C-02-1662 CW
    HACKER v. JDS UNIPHASE CORP.                         C-02-1690 CW
9   MURPHY v. JDS UNIPHASE CORP.                         C-02-1696 CW
    ERISMAN v. JDS UNIPHASE CORP.                        C-02-1715 Cw
10  OMAR v. JDS UNIPHASE CORP.                           C-02-1739 CW
    CANTAMOUNT v. JDS UNIPHASE CORP.                     C-02-1771 CW
11  HALPERN v. JDS UNIPHASE CORP.                        C-02-1775 CW
    CAPE v. JDS UNIPHASE CORP.                           C-02-1776 CW
12  SKUBELLA v. JDS UNIPHASE CORP.                       C-02-1826 CW
    KIRK v. JDS UNIPHASE CORP.                           C-02-2009 CW
13  STERRETT v. JDS UNIPHASE CORP.                       C-02-2024 CW
    THOMAS v. JDS UNIPHASE CORP.                         C-02-2060 CW
14  ELLIS v. JDS UNIPHASE CORP.                          C-02-2117 CW
    JUNGREIS v. JDS UNIPHASE CORP.                       C-02-2135 CW
15  SOLLINS v. JDS UNIPHASE CORP.                        C-02-2137 CW
    SALTER v. JDS UNIPHASE CORP.                         C-02-2293 CW
16  REINSICH v. JDS UNIPHASE CORP.                       C-02-2355 CW
    HOUSTON MUNICIPAL EMPLOYEES                          C-02-2569 CW
17  PENSION    SYSTEM v. JDS UNIPHASE
    CORP.                                                C-02-3008 CW
18  HESANO v. JDS UNIPHASE CORP.                         C-02-3346 CW
    KHANNA v. JDS UNIPHASE CORP.                         C-02-4865 CW
19  GREENFOGEL v. JDS UNIPHASE CORP.
    _____       ORDER DISMISSING
20  /                                         CONSOLIDATED CASES

21

22

23          The above-captioned cases having been consolidated for all

24  further proceeding with C-02-1486 CW, <u>In re JDS Uniphase</u>

25  <u>Securities Litigaiton</u>,

26          IT IS HEREBY ORDERED that:

27          There appears to be no further reason at this time to

28  maintain these files as an open ones for statistical purposes,

and the Clerk is instructed to submit the JS-6 Forms to the Administrative Office.

     2.   Nothing contained in this Order shall be considered a dismissal or disposition of these actions, and, should further proceedings become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

Dated: 7/14/05                          /s/ CLAUDIA WILKEN

                                        _____
                                        CLAUDIA WILKEN
                                        United States District Judge

2